IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JIM ROSE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Case No. 4:11-cv-1058 |
| | § | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | § | |
| | § | |
| Defendant. | § | |

## VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

JIM ROSE (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against PORTFOLIO RECOVERY ASSOCIATES, LLC, (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Texas, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

6. Plaintiff is a natural person residing in Houston, Harris County, Texas.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a national debt collection company and conducts business in Texas.

## FACTUAL ALLEGATIONS

10. Since December of 2010, Defendant has constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for an alleged debt.

11. Defendant called on an almost daily basis, multiple times per day through February of 2011.

12. Defendant generally called three (3) to four (4) times per day, often failing to leave any messages.

13. Defendant failed to send any written verification regarding the alleged debt.

14. Defendant called from 678-265-1568 to Plaintiff's home phone number of 281- 752-0956.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

    a. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt; and

    b. Defendant violated §1692d(5) of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and

harass Plaintiff.

WHEREFORE, Plaintiff, JIM ROSE, respectfully requests judgment be entered against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC., for the following:

16. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*;

17. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*; and

18. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

Dated: March 22, 2011                By:/s/Michael Agruss,
                                     Michael Agruss Esq.
                                     CA SBN: 259567
                                     Attorney for Plaintiff
                                     Krohn & Moss, Ltd.
                                     10474 Santa Monica Blvd., Suite 401
                                     Los Angeles, CA 90025
                                     magruss@consumerlawcenter.com
                                     Phone: (323) 988-2400  x 235
                                     Fax: (866) 799-3206

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, JIM ROSE, demands a jury trial in this case.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF TEXAS

    Plaintiff, JIM ROSE, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

    Pursuant to 28 U.S.C. § 1746(2), I, JIM ROSE, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

03/17/11
Date

JIM ROSE