# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| JIM ROSE, | § | **No. 4:11-CV-1058** |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| PORTFOLIO RECOVERY ASSOCIATES, | § | |
| LLC, | § | |
| | § | |
| Defendant. | § | |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

JIM ROSE (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, PORTFOLIO RECOVERY ASSOCIATES, LLC., (Defendant), in this case.


DATED:  July 29, 2011                          RESPECTFULLY SUBMITTED,

By: /s/ Mike Agruss_____
Mike Agruss,
Attorney for Plaintiff
Bar No: 259567
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
magruss@consumerlawcenter.co
Phone: (323) 988-2400 x 235
fax: (866) 799-3206

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 29, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System. A true and correct copy of said Notice was electronically submitted by electronic mail to the following:

Keith Wier
James J. Thorpe, and Hollis Price
Bush & Ramirez, LLC
24 Greenway Plaza, Suite 1700
Houston, TX 77046
Telephone:  (713) 626-1555
Facsimile:  (713) 622-8077

By:____/s/ Mike Agruss_____
        Mike Agruss,
        Attorney for Plaintiff