IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JIM ROSE. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-1058 |
| | § | |
| PORTFOLIO RECOVERY | § | |
| ASSOCIATES, LLC. | § | |
| | § | |
| | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

The Court is in receipt of Plaintiff's Notice of Dismissal, submitted on July 29, 2011, in which the Plaintiff voluntarily dismisses the case.

Accordingly, it is hereby

ORDERED that this case is DISMISSED with prejudice, with each party to bear its own costs.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on August 12, 2011.

Ewing Werlein, Jr.
United States District Judge